UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GILBERT WASHINGTON,

      Plaintiff,

v.                                 Case No: 8:25-cv-1122-MSS-SPF

PRIMERICA LIFE INSURANCE
COMPANY, et al.,

      Defendants.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Dkt. 7), which the Court construes as a motion to proceed *in forma pauperis*. Also before the Court is Plaintiff's Complaint, (Dkt. 1), and Plaintiff's Crossclaim. (Dkt. 2) On March 23, 2026, United States Magistrate Judge Sean P. Flynn issued a Report and Recommendation. (Dkt. 10) Judge Flynn recommended that Plaintiff's Motion to Proceed *In Forma Pauperis* be denied; the Complaint be dismissed with leave to amend; the claim against Judge Merryday be dismissed with prejudice; and, the Crossclaim be stricken. (Id.) Plaintiff filed objections to the Report and Recommendation. (Dkt. 11) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** Plaintiff's Motion to Proceed *In Forma Pauperis*, **DISMISSES** the

claim against Judge Merryday with prejudice, **DISMISSES** the remaining parts of the Complaint without prejudice, and **STRIKES** the Crossclaim.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo,* even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1.   The Report and Recommendation, (Dkt. 10), is **CONFIRMED** and **ADOPTED** as part of this Order.

2.   Plaintiff's Objections to the Report and Recommendation, (Dkt. 11), are **OVERRULED**.

3.   Plaintiff's Motion to Proceed *In Forma Pauperis*, (Dkt. 7), is **DENIED**.

4.   Plaintiff's claim against Judge Merryday is **DISMISSED WITH PREJUDICE**.

5.   The claims(s) against Primerica Life Insurance Company are **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within **TWENTY-ONE (21) DAYS** of the date of this Order. If Plaintiff files an amended complaint, Plaintiff shall also file an amended motion to proceed *in forma pauperis*. **This amended complaint shall not name Judge Merryday as a defendant and should only assert claim(s) against Primerica Life Insurance Company**. If Plaintiff fails to file an amended complaint with an amended motion to proceed *in forma pauperis* within the **21-day period**, this dismissal will become a final order, and the Court will close the case without further notice.

6.   Plaintiff's Motion for Ruling on Pending Report and Recommendation and Objections Thereto, (Dkt. 12), is **DENIED**

**AS MOOT.** Through this Order, the Court has adopted the Report and Recommendation and overruled the Objections.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of May 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

4